FILED BY ____ D.C.

05 SEP 26 AM 10: 43

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

ANDRE BOUSQUET,

    Plaintiff,

v.

Case No.: 04-3054 D P

AUTONATIONS USA INC., et al.,

    Defendants.

## ORDER

It appearing to the court that Attorney Drayton D. Berkley is no longer counsel of record for Plaintiff based on the attached letter.

IT IS HEREBY ORDERED ADJUDGED AND DECREED that Attorney Archie Sanders III of the Cochran Firm - Memphis be substituted as counsel of record for Plaintiff.

It is further ordered that the Clerk is directed to term Attorney Drayton D. Berkley as counsel of record for Plaintiff and substitute Attorney Archie Sanders III.

**IT IS SO ORDERED** this __23__ day of __September__, 2005.

                                                  BERNICE BOUIE DONALD
                                                UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on __9/27/05__



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 21 in case 2:04-CV-03054 was distributed by fax, mail, or direct printing on September 27, 2005 to the parties listed.

---

Valerie B. Speakman
JACKSON SHIELDS YEISER HOLT SPEAKMAN & LUCAS
262 German Oak Dr.
Memphis, TN 38018

Archie Sanders
LAW OFFICE OF ARCHIE SANDERS, III
5100 Poplar Ave.
Ste. 2700
Memphis, TN 38137

Honorable Bernice Donald
US DISTRICT COURT