UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 OCT 11  AM 10: 00

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| ANDRE BOUSQUET, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DOBBS FORD MEMPHIS, INC. )<br>)<br>Defendant. ) | Civil Action File No. 2:04-CV-03054 |

### ORDER

This cause has come before the Court upon application for the attorneys for Defendant Dobbs Ford Memphis, Inc., Christine E. Howard and Rebecca J. Jakubcin for admission to practice before this Court *pro hac vice*. This Court has considered the Motion, and being otherwise duly advised therein, it is hereby

ORDERED and ADJUDGED that the Motion for Admission *Pro Hac Vice* of Christine E. Howard and Rebecca J. Jakubcin is GRANTED.

DONE and ORDERED this 8th day of October, 2005.

_____
Judge, United States District Court

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 27 in case 2:04-CV-03054 was distributed by fax, mail, or direct printing on October 11, 2005 to the parties listed.

---

Valerie B. Speakman
JACKSON SHIELDS YEISER HOLT SPEAKMAN & LUCAS
262 German Oak Dr.
Memphis, TN 38018

Archie Sanders
THE COCHRAN LAW FIRM
One Commerce Square
26th Floor
Memphis, TN 38103

Christine E. Howard
FISHER & PHILLIPS
945 E. Paces Ferry Rd.
Ste. 1500
Atlanta, GA 30326

Rebecca J Jakubcin
FISHER & PHILLIPS
945 E. Paces Ferry Rd.
Ste. 1500
Atlanta, GA 30326

Honorable Bernice Donald
US DISTRICT COURT