## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| ANDRE BOUSQUET,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DOBBS FORD MEMPHIS, INC.<br><br>　　　　Defendants. | Civil Action<br>No.: 2:04-CV-03054 |

### ORDER

Having found that the parties have a valid agreement to arbitrate Plaintiff's claims and that such claims are subject to arbitration,

IT IS HEREBY ORDERED that Plaintiff's claims be arbitrated according to the terms of the parties' agreement and that these proceedings be stayed pending the outcome of the arbitration.

Date: 12-9-2005

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JUDGE, UNITED STATES DISTRICT COURT

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _12/13/05_



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 30 in case 2:04-CV-03054 was distributed by fax, mail, or direct printing on December 13, 2005 to the parties listed.

---

Christine E. Howard
FISHER & PHILLIPS
945 E. Paces Ferry Rd.
Ste. 1500
Atlanta, GA 30326

Archie Sanders
THE COCHRAN LAW FIRM
One Commerce Square
26th Floor
Memphis, TN 38103

Valerie B. Speakman
JACKSON SHIELDS YEISER HOLT SPEAKMAN & LUCAS
262 German Oak Dr.
Memphis, TN 38018

Rebecca J Jakubcin
FISHER & PHILLIPS
945 E. Paces Ferry Rd.
Ste. 1500
Atlanta, GA 30326

Honorable Bernice Donald
US DISTRICT COURT