FILED BY _____ D.C.

# IN THE UNITED STATES DISTRICT COURT
# FOR WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

05 DEC 29 AM 7:27

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

ANDRE BOUSQUET,

    Plaintiff,

vs.

    Case No. 04-3054

DOBBS FORD OF MEMPHIS, INC.,

    Defendant.

## ORDER ADMINISTRATIVELY CLOSING CASE

It appears to the court that the parties have been ordered to submit their disputed to arbitration. Accordingly, the matter is stayed pending arbitration, and this court will take no action in the interim. This court, therefore, will administratively close the above-captioned case pursuant to its inherent powers as it appears that no further case administration is warranted at this time.

It is expressly emphasized that an order administratively closing a case is purely an administrative device for the convenience of the court and in nowise affects the substantive and/or procedural rights of the parties in interest to proceed before this court at a later date. To administratively close a case merely means to close a case for statistical purposes in the office of the District Court Clerk and the Administrative Office of the United States Courts.

It also is expressly emphasized that an administratively closed case can be easily reopened by a simple order of the court without the necessity of a reopening filing fee should the case require further administration. Upon its reopening, the case then becomes, ipso facto, a statistically active

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____

case and resumes the same status it had before the administrative closing without prejudice to the rights of any party in interest. Accordingly,

IT IS ORDERED AND NOTICE IS HEREBY GIVEN THAT:

1. The Court Clerk is directed, consistent with the foregoing, to administratively close this case in his records without prejudice to the substantive and/or procedural rights of any party in interest to move at a later time to reopen the case for good cause, including the entry of any stipulation or order, or for any other purpose required to obtain a final determination of pending litigation.

2. In the event a party in interest files a motion at a later time seeking to reopen this administratively closed case, no reopening filing fee shall be required.

3. The Clerk is expressly directed to docket any order of dismissal immediately upon receipt.

**IT IS SO ORDERED** this 23rd day of December, 2005.

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 31 in case 2:04-CV-03054 was distributed by fax, mail, or direct printing on December 29, 2005 to the parties listed.

---

Valerie B. Speakman
JACKSON SHIELDS YEISER HOLT SPEAKMAN & LUCAS
262 German Oak Dr.
Memphis, TN 38018

Archie Sanders
THE COCHRAN LAW FIRM
One Commerce Square
26th Floor
Memphis, TN 38103

Rebecca J Jakubcin
FISHER & PHILLIPS
945 E. Paces Ferry Rd.
Ste. 1500
Atlanta, GA 30326

Christine E. Howard
FISHER & PHILLIPS
945 E. Paces Ferry Rd.
Ste. 1500
Atlanta, GA 30326

Honorable Bernice Donald
US DISTRICT COURT